**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**,

v.

**JEROME CRUZ-SANTIAGO**

Defendant.

CRIM. NO. 26-99 (GMM)

**ORDER OF DETENTION**

Defendant was granted conditions of release pending trial. See Docket No. 45. The United States Probation Office filed a motion notifying violations of the conditions of bail by Defendant. Docket No. 94.

Defendant was arrested and brought before the Court. Defendant has informed the Court that he is not contesting bail revocation proceedings. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing, the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release, and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release." 18 U.S.C. § 3148(b). Because Defendant is not contesting revocation proceedings, I find that there is probable

cause that Defendant committed new criminal conduct while on bail and that no conditions will reasonably assure the safety of others. Defendant's conditions of release are revoked, and he is ordered detained pending sentencing.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 22nd day of October, 2026.

s/ Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge